AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
**District of Minnesota**

Allstate Insurance Company

V.

The Trane Campany, White Rodgers Comapny,

**JUDGMENT IN A CIVIL CASE**

Case Number:  06-cv-1146 ADM/AJB

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this matter is dismissed as to all parties with prejudice and without costs.

| June 29, 2007 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Janet Midtbo |
| (By) | Janet Midtbo,   Deputy Clerk |

Form Modified:  09/16/04